IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02220-MJW-CBS

DONALD AND ARLENE MCKINNEY,

Plaintiffs,

v.

MOSAIC, a Nebraska Nonprofit Corporation, and
DWAIN EVANS,

Defendants.

---

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**
( Docket No 20 )

THIS MATTER COMES BEFORE THE COURT upon the Stipulation to Dismiss Plaintiffs' Claims against Defendants with prejudice, and the Court being fully advised in the premises, finds the Stipulation to be just and meritorious;

THEREFORE, it is ordered that Plaintiffs' claims against Defendants are hereby dismissed with prejudice, the parties to pay their own costs and fees.

Dated this 19th day of April, 2007.

BY THE COURT:

/s/ Michael J. Watanabe
~~United States Magistrate Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO